**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1730**

ZEBEDEE MILBY,

              Plaintiff - Appellant,

      v.

MANUFACTURERS & TRADERS TRUST COMPANY, a New York
Corporation, Individually and Operating By and Through M&T
Bank; ROSLYN ELDER, Individually and in Official Capacity as
M&T Manager,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  John A. Gibney, Jr.,
District Judge.  (3:15-cv-00322-JAG)

Submitted:  September 9, 2015     Decided:  September 11, 2015

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Zebedee Milby, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zebedee Milby appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Milby v. Mfrs. & Traders Tr. Co., No. 3:15-cv-00322-JAG (E.D. Va. June 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED